**Lisa BEHLMANN, n/k/a Lisa Lake, Plaintiff-Appellant,**

v.

**Joseph R. BEHLMANN, Jr., Defendant-Respondent.**

No. 48780.

Missouri Court of Appeals, Eastern District, Division One.

May 21, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 12, 1985.

Neil John Bruntrager, St. Louis, for plaintiff-appellant.

Alisse Cheryl Camazine, Clayton, for defendant-respondent.

## ORDER

PER CURIAM.

Former wife appeals order modifying dissolution decree and transferring custody of child to former husband. A full opinion has been furnished to the parties for their use. The case having no precedential value is affirmed pursuant to Rule 84.16(b).